FORM B1

## Form 1. VOLUNTARY PETITION

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|
| **NORTHERN**    DISTRICT OF  **ILLINOIS** | |

| IN RE (Name of debtor-If Individual, enter: Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| GUAGLIARDO, PHILIP | |
| ALL OTHER NAMES used by the debtor in the last 6 years (include married, maiden, and trade names)<br><br>Guagliardo, Philip E. | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden, and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>--- -- 9011 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>5648 W. Gunnison<br>Chicago, Il. 60630<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  Cook | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code)<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | **VENUE** (Check one box)<br>☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|---|
| ☒ Individual | ☐ Corporation Publicly Held | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Joint (Husband & Wife) | ☐ Corporation Not Publicly Held | ☐ Chapter 9    ☐ Chapter 12    ☐ Sec. 304-Case Ancillary to Foreign Proceeding |
| ☐ Partnership | ☐ Municipality | |
| ☐ Other: | | **FILING FEE** (Check one box) |
| **NATURE OF DEBT** | | ☒ Filing fee attached |
| ☒ Non-Business/Consumer | ☐ Business - Complete A & B below | ☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b): see Official Form No. 3. |

**A. TYPE OF BUSINESS** (Check one box)

| ☐ Farming | ☐ Transportation | ☐ Commodity Broker |
|---|---|---|
| ☐ Professional | ☐ Manufacturing/ Mining | ☐ Construction |
| ☐ Retail/Wholesale | | ☐ Real Estate |
| ☐ Railroad | ☐ Stockbroker | ☐ Other Business |

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
MORTON H. COHON ARDC# 0480606
134 N. La Salle Street Suite 2016
Chicago, Il. 60602
Telephone No. 312-782-6366

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR

☐ Debtor is not represented by an attorney

### STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604) (Estimates only) (Check applicable boxes)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS** (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES** (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-499 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-499 | 500-Over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/30/2005
Time: 13:17:52
Debtor: PHILIP GUAGLIARDO
Case: 05-26036        Fee : 209
Chapter: 7 Rec. # : 3134438
Judge: Susan Pierson Sonderby
341 mtg: 08/09/2005 @ 02:30PM
Trustee: DAVID LEIBOWITZ

1:05BK26036-BK001

Name of Debtor _____

Case No. _____
(Court Use Only)

| FILING OF PLAN |
|---|

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet.) |
|---|

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet.) |
|---|

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

| REQUEST FOR RELIEF |
|---|

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

| SIGNATURES |
|---|

X _____
Signature

Date 6-1-05

**INDIVIDUAL/JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

X *Philip Guagliardo*
Signature of Debtor

Date _____

X _____
Signature of Joint Debtor

Date _____

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

X 6-1-05
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date

**EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)**

☐ Exhibit "A" is attached and made a part of this petition.

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)**

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X *Philip Guagliardo*
Signature of Debtor

Date 6-1-05

X _____
Signature of Joint Debtor

Date _____

**EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)**

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney

Date 6-1-05

FORM B6-Cont.

# United States Bankruptcy Court

NORTHERN        District of ILLINOIS

In re PHILIP GUAGLIARDO      ,       Case No. _____
           Debtor                                                (If known)

            Joint Debtor (if any)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A – Real Property | yes | 1 | $ 0 | | |
| B – Personal Property | yes | 3 | $ 1050 | | |
| C – Property Claimed as Exempt | yes | 1 | | | |
| D – Creditors Holding Secured Claims | yes | 1 | | $ 0 | |
| E – Creditors Holding Unsecured Priority Claims | yes | 1 | | $ 0 | |
| F – Creditors Holding Unsecured Nonpriority Claims | yes | 3 | | $ 228,500 | |
| G – Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H – Codebtors | yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | yes | 1 | | | $ 2299 |
| J – Current Expenditures of Individual Debtor(s) | yes | 1 | | | $ 2256 |
| Total Number of Sheets of ALL Schedules ▶ | | 14 | | | |
| Total Assets ▶ | | | $ 1050 | | |
| Total Liabilities ▶ | | | | $228,500 | |

FORM B6A

In re Philip Guagliardo                    Case No. _____
          Debtor                                        (If known)

# SCHEDULE A—REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G—Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST, IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| none | none | | none | none |

Total ▶ $     none

(Report also on Summary of Schedules.)

FORM B6B

In re __Philip Guagliardo_____          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE B—PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G—Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc. and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | | 2 suits, 6 pr slacks, 18 shirts, 3 pr shoes, 3 coats and miscel | | $300.00 |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |

FORM B6B —Cont.

In re ___Philip Guagliardo_____     Case No. _____
             Debtor                                                              (If known)

# SCHEDULE B—PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B - Cont.

In re __Philip Guagliardo__                                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE B—PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Buick | | $750.00 |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops-growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

Total ▶  $  1050

_____ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C

In re __Philip Guagliardo__       Case No. _____
          Debtor                          (If known)

# SCHEDULE C—PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

**(Check one box)**

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2 suits, 6 pr slacks, 18 shirts, 3 pr shoes, 3 coats and miscel. | 735 ILCS 5/12 1001 | $300 | $300 |
| 1995 Buick | " | $1,200.00 | $750 |

FORM B6D

In re  PHILIP GUAGLIARDO                          Case No. _____
              Debtor                                              (If known)

# SCHEDULE D—CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal ▶   $
(Total of this page)

Total ▶   $
(Use only on last page)

(Report total also on Summary of Schedules.)

FORM B6E

In re   PHILIP GUAGLIARDO                     Case No. _____
            Debtor                                               (If known)

# SCHEDULE E—CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

_____ continuation sheets attached

FORM B6F

In re   PHILIP GUAGLIARDO                                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, OR JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Resurgence Financial LLC Assignee of Providian National Bank 5215 Old Orchard Rd, Suite 300  Skokie, Il. 60077 | | | credit card usage 2001 | | | x | $3,000.00 |
| ACCOUNT NO.<br><br>NCO Portfolio Management, Inc Assignee of Household Merchants Credit Guide 223 w. Jackson Blvd Chicago, Il. 60606 | | | credit card usage 2000 | | | x | unknown |
| ACCOUNT NO.<br><br>AMERICAN EXPRESS PO BOX 297871 Fort Lauderdale, FL 33329 | | | credit card usage 2003 | x | | | $1,000.00 |
| ACCOUNT NO.<br><br>CAPITAL ONE PO BOX 85520 Richmond, VA 23285 | | | credit card usage 2000 | x | | | $2,000.00 |

——— continuation sheets attached

Subtotal ▶ $ 6,000.00

Total ▶ $

(Report total also on Summary of Schedules.)

FORM B6F - Cont.

In re  PHILIP  GUAGLIARDO                      Case No. _____
                Debtor                                    (If known)

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> America West Airlines <br> c/o Bank of America <br> 1825 Buckeye Road <br> Phoenix, AZ 85034 | | | credit card usage | | | x | unknown |
| ACCOUNT NO. <br><br> Direct Merchants Bank <br> c/o United Abstract Group,Inc <br> 2387 New York Ave., Suite 7 <br> Huntington Station, NY 11746 | | | credit card usage <br> 2001 | | x | | $3,000.00 |
| ACCOUNT NO. <br><br> Providian <br> c/o Arrow Financial Services <br> 5996 W. Touhy Ave <br> Niles, Il. 60714-4610 | | | credit card usage 2002 | | x | | $1,500.00 |
| ACCOUNT NO. <br><br> Associates National Bank <br> PO Box 142289 <br> Irving, TX 75014-2289 | | | credit card usage 2001 | | x | | $2,000.00 |
| ACCOUNT NO. <br><br> BANK ONE OF AMERICA <br> 1825 Buckeye Road <br> Phoenix, AZ 85034 | | | credit card usage 2000 | | x | | $2,000.00 |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 8,500.00
(Total of this page)

Total ▶  | $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules.)

FORM B6F - Cont.

In re PHILIP GUAGLIARDO
　　　　　　　Debtor

Case No. _____
　　　　　　(If known)

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Mervyn's<br>6605 Fallbrook Avenue<br>Conoga Park, CA | | | credit card usage for purchase of clothing 2000 | | x | | $1,000.00 |
| **ACCOUNT NO.**<br><br>INTERNAL REVENUE SERVICE<br>PO BOX 9019<br>Holtsville, NY 11742-9019 | | | back taxes from 1982 through 1985 | | | x | $200,000 |
| **ACCOUNT NO.**<br><br>Department of Revenue<br>State of Illinois<br>100 West Randolph St.<br>Chicago, Il. 60601 | | | back taxes for 1995 | | | x | $5,000.00 |
| **ACCOUNT NO.**<br><br>BANK OF AMERICA<br>33 N. Dearborn St.<br>Chicago, Il. 60603 | | | use of visa card 2000 | | | x | $8,000.00 |
| **ACCOUNT NO.** | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 214,000.00
(Total of this page)

Total ▶ $ 228,500.00
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules.)

FORM B6G

In re ___PHILIP GUAGLIARDO_____     Case No. _____
                   Debtor                                        (If known)

# SCHEDULE G—EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any time-share interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

FORM B6H

In re  PHILIP GUAGLIARDO                          Case No. _____
_____Debtor_____                                          (If known)

# SCHEDULE H—CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

FORM B6I

In re PHILIP GUAGLIARDO                                    Case No. _____
                Debtor                                                  (If known)

# SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: SINGLE | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | N/A | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**Income: (Estimate of average monthly income)**

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $  n/a | $ |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $  n/a | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify:                     ) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $  n/a | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance (Specify)  veterans pension | $2299 | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) | $ | $ |
| (Specify) | $ | $ |
| TOTAL MONTHLY INCOME | $  2299 | $ |

TOTAL COMBINED MONTHLY INCOME  $ _____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J

In re ___Philip Guagliardo_____    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE J—CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1000 |
| Are real estate taxes included?        Yes _____    No _____ | |
| Is property insurance included?        Yes _____    No _____ | |
| Utilities    Electricity and heating fuel | $    200 |
|          Water and sewer | $ |
|          Telephone | $    150 |
|          Other | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $    400 |
| Clothing | $    100 |
| Laundry and dry cleaning | $      50 |
| Medical and dental expenses | $    100 |
| Transportation (not including car payments) | $    200 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $      25 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|          Homeowner's or renter's | $ |
|          Life | $ |
|          Health | $ |
|          Auto | $      31 |
|          Other | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|          Auto | $ |
|          Other | $ |
|          Other | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 2256** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each | $ |
|                          (interval) | |

FORM B6 - Cont.

In re  Philip Guagliardo                              Case No. _____
                    Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date ____June 1, 2005_____          Signature: _Philip Guagliardo_____
                                                                                              Debtor

Date _____          Signature: _____
                                                                                    (Joint Debtor, if any)

                                                 (If joint case, both spouses must sign.)

-------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the _____          [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the _____ [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
    (Total shown on summary page plus 1.)

Date _____          Signature: _____

                                                           (Print or type name of individual signing on behalf of debtor.)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

-------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18
U.S.C. § § 152 and 3571.

## Form 7. STATEMENT OF FINANCIAL AFFAIRS

# United States Bankruptcy Court

### NORTHERN          DISTRICT OF ILLINOIS

In re __PHILIP GUAGLIARDO__                         Case No. _____
         Debtor                                                          (If known)

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouse filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

To distinguish Husband (H), Wife (W), Joint (J) or Community (C) precede the answer with appropriate symbol. Example: (H) $10,000.

---

None
[x]

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE (if more than one)

---

None
[ ]

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2003 | $27,000 | VA Pension |
| 2004 | $27,000 | VA Pension |

**None** ☐

### 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Resurgence Financial LLC Assignee of Providian National Bank<br>Chaet Kaplan Firm<br>5215 Old Orchard Road, Suite 300<br>Skokie, Il. 60077 | May 2005 | $3106.49 | 0 |

**None** ☒

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**None** ☒

### 4. Suits, executions, garnishments and attachments

a. List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

**None** ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**None** ☐

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**None** ☒

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**None** ☐

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**None** ☒

## 15. Prior address of debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME(S) USED | DATES OF OCCUPANCY |
|---|---|---|

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ____6/1/05____                           Signature _____
                                              of Debtor

Date _____                         Signature _____
                                              of Joint Debtor
                                              (if any)

[If completed on behalf of a partnership or corporation]

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____                         Signature  *Philip Guaglianti*

                                              _____
                                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate a position or relationship to debtor.]

_____ continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571

## Form 8.  CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Case No. _____

In re ___Philip Guagliardo_____, Chapter ____7____

Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

      *a. Property to Be Surrendered.*     n/a

| Description of Property | Creditor's name |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

      *b. Property to Be Retained. (Check applicable statement of debtor's intention concerning reaffirmation, redemption, or lien avoidance.)*

| Description of property | Creditor's name | | Debt will be reaffirmed pursuant to §524(c) | Property is claimed as exempt and will be redeemed pursuant to §722 | Lien will be avoided pursuant to §522(f) and property will be claimed as exempt |
| --- | --- | --- | --- | --- | --- |
| | | n/a | | | |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: ___June 1, 2005___

_Philip Guagliardo_
Signature of Debtor

# STATEMENT PURSUANT TO RULE 2016(b)

UNITED STATES BANKRUPTCY COURT FOR THE

. . . . . . . . . . . . . . . . . NORTHERN . . . . . . . . . DISTRICT OF . ILLINOIS . . . . . . . . . . . . . . .
                                                                                                    x

In re                              PHILIP GUAGLIARDO                              :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ,    :          Case No. . . . . . . . . . . . . . . .

Debtor [set forth here all names including trade names used by Debtor within last 6 years].     :

Social Security Number . . . . 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 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :
                                                                                                    x

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:          $ .900.00 . . . . . . . . . .
     (a)  for legal services rendered or to be rendered in contemplation of and in connection    $ .900.00 . . . . . . . . . .
          with this case                                                                          $ . .0 . . . . . . . . . . . . . .
     (b)  prior to filing this statement, debtor(s) have paid
     (c)  the unpaid balance due and payable is

(3)  $   209.00      of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:
     (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
          petition under title 11 of the United States Code.
     (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
     (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
     performed, and

(6)  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
     earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
     any compensation paid or to be paid except as follows:

Dated:  6/1/05              Respectfully submitted, _M. Morth Cohon_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . Attorney for Petitioner

Attorney's name and address . . . . . MORTON H. COHON 134 N. La Salle St. Chicago, Il. 60602 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REVISED STATEMENT OF COMPENSATION: RULE 2016(b)

B 201
(Rev. 11/95)

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($130 filing fee plus $30 administrative fee plus $15 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family farmer ($200 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

4/1/05
/Date

*Philip Guagliardo*
Signature of Debtor

Case Number

**WHITE—DEBTOR COPY     PINK—COURT COPY**